UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-11082-SVW (SK) | Date | November 1, 2021 |
|---|---|---|---|
| Title | Marcus Allen Holmes v. Joshua Sauno | | |

Present: The Honorable Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER REQUIRING SPECIAL APPEARANCE TO SHOW CAUSE RE: SANCTIONS**

The County of Los Angeles is ordered to make a special appearance in this matter to show cause why sanctions (or other relief) should not be imposed for the County's disobedience of routine, pretrial Court orders and related procedures or instructions. The latest disobedience is failing to authorize or permit the disbursement of Plaintiff's funds so that he can pay the initial partial filing fee in this matter as ordered. (ECF 43, 45).

The following representatives of the County are ordered to appear in person on November 10, 2021 at 11 AM in Courtroom 540 of the Roybal Federal Building and US Courthouse at 255 East Temple Street, Los Angeles:

1. Los Angeles County Counsel, Rodrigo A. Castro-Silva, or his appropriate Deputy County Counsel designee from the Sheriff's Services Division of the Office of County Counsel; and

2. Los Angeles County Sheriff, Alex Villaneuva, or his appropriate attorney designee, with decision-making authority, from both (a) the LASD Civil Litigation Unit of the Risk Management Bureau, and (b) the Men's Central Jail Legal Unit of the LASD Custody Division.

The Clerk is instructed to serve this order via U.S. certified first-class mail as indicated below (and to serve a courtesy copy via email only to laura.inlow@cdiglaw.com and LChoi@counsel.lacounty.gov).

County Counsel
Legal Advisory Unit
Sheriff Services Division
211 West Temple Street
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-11082-SVW (SK) | Date | November 1, 2021 |
|---|---|---|---|
| Title | Marcus Allen Holmes v. Joshua Sauno | | |

LASD Civil Litigation Unit
Risk Management Bureau
4900 Eastern Ave. #102
Commerce, CA 90040

LASD Custody Division
Men's Central Jail Legal Unit
441 Bauchet Street
Los Angeles, CA 90012


cc:   Rosa Morales
      Jennifer Cummings
      U.S.M.S. (civil service unit)
      SVW Chambers