UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ALLEN HOLMES,<br><br>        Plaintiff,<br><br>   vs.<br><br>JOSHUA SAUNO, Custody Assistant,<br><br>        Defendant. | Case No. 2:20-cv-11082-SK<br><br>**ORDER RE:**<br><br>1) **DISMISSING ENTIRE SUIT WITH PREJUDICE; AND**<br>2) **EACH PARTY SHALL BEAR THEIR OWN FEES AND COSTS**<br><br>[<u>Fed.R.Civ.P.</u>, Rule 41(a)(1)(A)(ii)]<br><br>*[Stipulation Re: Dismissal filed concurrently herewith]*<br><br>**Matter For Determination Before The Honorable Steve Kim** |

/ / /

/ / /

/ / /

# ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that pursuant to the Stipulation of the Parties and Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), this case is dismissed in its entirety with prejudice, including all of Plaintiff's claims as to all current and former Defendants, as well as Defendant's past, present and future employers, supervisors, directors, attorneys, agents, subordinates, predecessors, and successors in interest and assigns, and all other persons, firms, or corporations with whom any of the former have been, are now, or may hereafter be affiliated.

IT IS FURTHER DECREED that each party has waived all claims for attorneys' fees and costs under 42 U.S.C. § 1988 and any other provision of law.

**IT IS SO ORDERED.**

Dated: June 12, 2023

HONORABLE STEVE KIM
U.S. MAGISTRATE JUDGE